CASE 8—PETITION ORDINARY—JANUARY 7.

# O. & B. J. Laughlin vs. Dean.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

The policy of this State forbids its courts from aiding either of the parties to a contract for the sale or purchase of Confederate notes.

T. TURNER, for appellants, cited. *Story on Contracts*, sec. 545.

J. B. HUSTON, for appellee, cited *Civil Code*, sections 133, 148, 153.

JUDGE BULLITT DELIVERED THE OPINION OF THE COURT:

Dean sued the appellants upon their note to him for $143 40. They filed an answer and counter-claim, alleging that they purchased from the plaintiff notes of the Confederate States, agreeing to pay $160 therefor; that the note sued upon was given for a part of said sum; and that they paid the residue, namely, $16 50, to the plaintiff, for which sum they ask for a judgment against the plaintiff. Dean filed a reply, in which he admits that the payment was made, and the note given for the consideration alleged by the defendants. They appeal from a judgment against them for the amount of the note.

The holder of Confederate notes has a pecuniary interest in the success of the rebellion. The purchaser of them takes a temptation to aid the Confederate Government, for the destruction of which this State, as part of the Union, is engaged

# WINTER TERM, 1863. 21

in war. The policy of the State forbids its courts from aiding either of the parties to such a contract.

The defendants, therefore, cannot recover the money they paid, and the plaintiff cannot recover the money which the defendants agreed to pay.

The judgment is reversed, and the cause remanded, with directions to dismiss the petition and the counter-claim.